Morris v. Smith.

RICHARD MORRIS *v.* JAMES SMITH et al.*

CHANCERY PRACTICE.—*Appeal in forma pauperis.*

A rule allowing a party to perfect an appeal to the Supreme Court within a limited time after the adjournment in course of the Chancery Court, is not complied with by the party taking the pauper oath.

In this cause a motion was made in the Supreme Court to dismiss the appeal ; and it appeared that Morris prayed an appeal from the decree of the chancellor, which was allowed on his filing a sufficient appeal bond ; and to enable him to do so, he was allowed a limited time after the adjournment of the Term, the bond to be given before the Clerk and Master.

GREEN, J. :

The rule allowing the chancellor to give time for the giving of bonds for the prosecution of appeal was established before I came on the bench. If it had not been so, I would never have consented to the establishment of the rule, and I am unwilling to extend it beyond the adjudicated cases. The present order is not within the rule, and the appeal must be dismissed. (1)

*Appeal dismissed.*

NOTE.—Mr. Heiskill in his report of this case, adds the following note : "On a subsequent day in the case of White v. Henderson and others, in which a similar order was made below, the Court granted time to the party to give security or otherwise take the oath in this Court. In the same case they held that the motion [to dismiss] might be made at any time before the cause was reached or any step taken in it, and that a continuance by consent was not such a step. But in Brown v. Brown they held that an order for an account in this Court, precluded the motion to dismiss for any defect of this character."

(1) Taking appeal bond a proper act of the Court, and must be done in open Court. McAlister v. Scrice, 7 Yerg. 277, 278. See also Hale v. Parmley, *Infra* ; McPhatridge v. Gregg, 4 Cold. 324; Davis v. Dyer, 5 Sneed 679.

*In this case a writ of error was afterwards sued out on the pauper oath, upon which questions of a similar nature arose, which see, reported in 11th Humph. 133, 135.